# Third District Court of Appeal

## State of Florida

Opinion filed August 7, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-0043
Lower Tribunal No. 15-9407
_____

**Milena Romeo Balmaseda,**
Appellant,

vs.

**Okay Insurance Exchange of America LLC, et al.,**
Appellees.

An appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Law Offices of Sina Negahbani, and Sina Negahbani, for appellant.

Jason M. Wandner, P.A., and Jason M. Wandner, for appellees.

Before LOGUE, C.J., and MILLER, and GORDO, JJ.

PER CURIAM.

Affirmed.